1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| ARMANDO LOPEZ ) | Civil Action No. 1:04-CV-2459 DFL PAN |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 7 day extension of time, until June 8, 2005, in which to file and serve Plaintiff's Summary Judgment brief. All remaining actions under the scheduling order filed, November 18, 2004, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated: May 7, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO,<br>Attorney for Plaintiff. |
| 3 | Dated: _____ | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/<br>(as authorized via facsimile) |
| 7 | | Assistant U.S. Attorney |

8   IT IS SO ORDERED.

9   Dated: May 16, 2005.

                                                 /s/ Peter A. Nowinski
                                              PETER A. NOWINSKI
                                              Magistrate Judge