IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO LOPEZ-MARQUEZ,

    Plaintiff,   No. CIV. S-04-2459-DFL-PAN(JFM)

  vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,   ORDER

    Defendant.
_____/

    This matter is before the court on plaintiff's motion for judgment and defendant's cross-motion for judgment.  These motions were referred to the assigned Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On May 4, 2006, the Magistrate Judge filed findings and recommendations which were served on all parties and objections were to be filed within ten days after service.  Neither party has filed objections to the findings and recommendations.

1

1 | The court has reviewed the file and finds the findings
2 | and recommendations to be supported by the record and by the
3 | Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED
4 | that:
5 |     1.  The Findings and Recommendations filed May 4, 2006, are
6 | adopted in full;
7 |     2.  Plaintiff's motion for summary judgment or remand is
8 | denied; and
9 |     3.  Defendant's cross-motion for summary judgment is granted.
10 | DATED: 8/8/2006

_____
DAVID F. LEVI
United States District Judge

2